FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 OCT 12 PM 2: 47

CLERK _____
SO. DIST/OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

JOSHUA ANSLEY,                    )
                                  )
        Plaintiff,                )
                                  )
v.                                )   Case No.   CV410-176
                                  )
DOUGLAS FRANKS,                   )
                                  )
        Defendant.                )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 12th day of October, 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA